**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1784

HAROLD H. HODGE, JR.,

Plaintiff - Appellant,

v.

MGM NATIONAL HARBOR, LLC; VICI PROPERTIES, INC.; MGM RESORTS INTERNATIONAL; EDWARD PITONIAK, CEO/President; MASUD HOSSAIN, MGM Manager; WILLIAM HORNBUCKLE; JOHN DOE, MGM's Surveillance Representative,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah L. Boardman, District Judge.  (8:23-cv-03463-DLB)

Submitted:  December 23, 2025                    Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harold H. Hodge, Jr., Appellant Pro Se.  Felicia Kalkman Marsh, Jeremy Steven Schneider, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold H. Hodge, Jr., appeals the district court's orders dismissing his civil action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hodge, Jr. v. MGM Nat'l Harbor, LLC*, No. 8:23-cv-03463-DLB (D. Md. Mar. 3 & May 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
